# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-7199(L), 24-368(CON)

**Caption [use short title]**

**Motion for:** Leave to share oral argument between two Assistant United States Attorneys

United States v. Greenwood and Scott

Set forth below precise, complete statement of relief sought:

The Government requests leave to share its allotted sixteen minutes of oral argument time between two Assistant United States Attorneys, each of whom would be responsible for arguments arising from each of the two defendants in this consolidated appeal

**MOVING PARTY:** United States of America
**OPPOSING PARTY:** Mark Scott, Karl Sebastian Greenwood

☐ Plaintiff   ☐ Defendant
☐ Appellant/Petitioner   ☒ Appellee/Respondent

**MOVING ATTORNEY:** Damian Williams, U.S. Attorney, Southern District of New York
**OPPOSING ATTORNEY:** Justin S. Weddle; S. Conrad Scott

[name of attorney, with firm, address, phone number and e-mail]

By: Kevin Mead, Assistant U.S. Attorney
26 Federal Plaza, New York, NY 10278
(212) 637-2211; Email: Kevin.Mead@usdoj.gov

Weddle Law PLLC;      Paul, Weiss
37 W. 20th St., NY, NY 10011; 1285 Ave. of the Americas, NY, NY 10019
212-859-3492 jweddle@weddlelaw.com; 212-373-2329 SScott@paulweiss.com

**Court- Judge/ Agency appealed from:** The Honorable Edgardo Ramos, United States District Judge, Southern District of New York

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes   ☐ No (explain):

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?   ☐ Yes ☐ No
Has this relief been previously sought in this court?   ☐ Yes ☐ No

Requested return date and explanation of emergency:

Opposing counsel's position on motion:
☒ Unopposed   ☐ Opposed   ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes   ☒ No   ☐ Don't Know

Is the oral argument on motion requested?   ☐ Yes   ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?   ☒ Yes   ☐ No   If yes, enter date: 11/20/2024

**Signature of Moving Attorney:**
KEVIN MEAD  Digitally signed by KEVIN MEAD Date: 2024.10.24 20:59:04 -04'00'
**Date:** _____   **Service:** ☒ Electronic   ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)