UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

                Appellee,

     - v. -

KARL SEBASTIAN GREENWOOD,
MARK S. SCOTT,

            Defendants-Appellants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

AFFIRMATION

Docket Nos. 23-7199(L),
24-368(CON)

STATE OF NEW YORK         )
NEW YORK COUNTY          ) ss.:
SOUTHERN DISTRICT OF NEW YORK  )

      Kevin Mead, pursuant to Title 28, United States Code, Section 1746, hereby affirms under penalties of perjury:

      1.     I am an Assistant United States Attorney in the Office of Damian Williams, United States Attorney for the Southern District of New York. I respectfully submit this Affirmation in support of the Government's motion for leave to share the Government's oral argument time between two Assistant United States Attorneys ("AUSAs").

      2.     Defendants Karl Sebastian Greenwood and Mark S. Scott appeal from judgments of conviction entered on September 25, 2023 and February 2, 2024, respectively. Scott was convicted following a three-week jury trial before the Honorable Edgardo Ramos, United States District Judge, in November 2019.

Greenwood pleaded guilty before Judge Ramos without a plea agreement on December 16, 2022.

3. The AUSAs who represented the Government in Scott's trial have since left the office. AUSA Juliana Murray was involved in the litigation of Scott's post-trial motions, and AUSA Kevin Mead was not.

4. Meanwhile, AUSA Mead was involved in Greenwood's sentencing, which raised separate issues. At sentencing, Greenwood argued—among other things—that foreign conduct should not factor into the determination of his Guidelines range. In the District Court, the briefing on this issue consisted of more than 80 pages. *See* Dkt. 516, 519, 522, 523, 530. AUSA Mead drafted the Government's briefs and argued the issue before the District Court.

5. Given that different AUSAs litigated the issues relevant to Scott and Greenwood, and that the issues raised in each appeal are largely distinct, the Government relied on two different authors to draft its brief. AUSA Murray drafted the sections of the brief responding to Scott's arguments, and AUSA Mead drafted the sections of the brief responding to Greenwood's arguments.

6. Accordingly, for oral argument, the Government respectfully requests leave of this Court to split its allotted sixteen minutes of oral argument time between two AUSAs, who will separately address the appeals of Scott and Greenwood.

7. The Government submits that its proposal will benefit this Court in its assessment of the issues presented by ensuring that the Government's

advocates have a thorough understanding of the issues, facts, and arguments arising from Scott's trial and Greenwood's sentencing.

8. Counsel for the defendants have indicated that they do not object to the Government's motion.

9. I affirm under penalties of perjury, pursuant to Title 28, United States Code, Section 1746, that the foregoing is true and correct.

Dated:    New York, New York
          October 24, 2024

/s/
Kevin Mead
Assistant United States Attorney
(212) 637-2211